■ UTICA MUTUAL INSURANCE COMPANY, Respondent, v BRISTOL-MYERS SQUIBB CO., INC., Respondent and TRAVELERS INSURANCE COMPANY et al., Appellants. [624 NYS2d 1020] —Motion for permission to file supplemental record denied. Memorandum: Because the documents included in the proposed supplemental record were not before Supreme Court, the

motion for permission to file a supplemental record is denied. Notwithstanding denial of the motion, this Court will take judicial notice of the documents contained in the proposed supplemental record. Present—Green, J. P., Wesley, Callahan, Doerr and Davis, JJ.